
**NOT FOR PUBLIC VIEW** FID # 1500601

**FILED** JUN 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**Eddie Yanez SANCHEZ**

**WARRANT FOR ARREST**

Criminal Case No. 08 MJ 1703

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Eddie Yanez SANCHEZ
Name

and bring him or her forthwith to the nearest magistrate to answer a

__ Indictment __ Information **X** Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him with Assualt on a Federal Officer with a deadly weapon (vehicle)

in violation of: 18 U.S.C. Section 111

_Jan M. Adler_
Name of Issuing Officer

_United States Magistrate Judge_
Title of issuing Officer

[Signature]
Signature of Issuing Officer

_May 30, 2008, San Diego, California_
Date and Location

RECEIVED
2008 MAY 30 A 11: 15
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

(By) Deputy Clerk

Bail Fixed at $ _To be determined_    by _[Signature]_
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DATE 6/9/08 ARRESTED BY S/A Cadena, ICE STEVEN C. STAFFORD ACTING U.S. MARSHAL, S/CA BY [signature] | |

CLASS II J

1311
(vehicle)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

Eddie Yanez SANCHEZ

**WARRANT FOR ARREST**

Criminal Case No. **08 MJ 1703**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST: <u>Eddie Yanez SANCHEZ</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a

__ Indictment __ Information  X  Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him with Assualt on a Federal Officer with a deadly weapon (vehicle)

in violation of: 18 U.S.C. Section 111

_Jan M. Adler_
Name of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

_[signature]_
Signature of Issuing Officer

May 30, 2008, San Diego, California
Date and Location

(By) Deputy Clerk

Bail Fixed at $ To be determined

by _[signature]_
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

SAN YSIDRO, CA PORT OF ENTRY

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/9/08 | EDWARD D. CIDEREZ SPECIAL AGENT | _[signature]_ |